**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**POUGHKEEPSIE DIVISION**

-----------------------------------------------------------------x

| | |
|---|---|
| In Re: | CHAPTER 11 |
| **WILLIAM VASSELL SERVICES, INC.** | CASE NO. 15-36256 CGM |
| Debtor. | AFFIDAVIT OF SERVICE |

-----------------------------------------------------------------x

STATE OF NEW YORK     )
                                          )SS
COUNTY OF DUTCHESS  )

Linda DuBois, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age, and reside in Poughkeepsie, New York.

On July 8, 2015 I served the within Notice of Motion, Application for an Order Authorizing Payment of Pre-Petition Wages & Salaries and Proposed Order and
Notice of Hearing for Interim Order to Provide DIP Financing, Application for DIP Financing with attendant Exhibits, and Declaration by enclosing a true copy thereof in a postage paid wrapper in an official depository under the exclusive care and custody of the United States Postal Service in the State of New York OR by transmitting via facsimile OR by transmitting via electronic mail as indicated on the attached service list addressed to the following persons at the last known address set forth below:

***SEE ATTACHED SERVICE LIST***

                                                                         */s/ Linda DuBois*_____
                                                                         Linda DuBois

Sworn to before me this 8th   day of
July, 2015

*/s/ Lewis D. Wrobel*_____
Lewis D. Wrobel
Notary Public, State of New York
Qualified in Dutchess County
Comm. No. 02WR021422
Comm. Exp. March 15, 2019