UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
-------------------------------------------------------------X
In re:

                                                                                             CHAPTER 11

**WILLIAM VASSELL SERVICES INC.,**

                                                                                             CASE NO. 15-36256 (CGM)

                                          Debtor

                                                                      STIPULATION CONCERNING
                                                                      DEBTOR IN POSSESSION
                                                                      FINANCING PURSUANT TO
-------------------------------------------------------------X    11 U.S.C. § 361, 363 AND 364

       WHEREAS, William Vassell Services, Inc. (hereinafter referred as "Vassell Services" or "Debtor") filed a Petition for Relief pursuant to Chapter 11 of the U.S. Bankruptcy Code on July 8. 2015 and

       WHEREAS, J & D Financial Corporation (hereinafter referred to as "J & D") is a creditor of the Debtor and

       WHEREAS, a Final Order providing for Debtor-in-Possession financing from J & D to Vassell Services and other related relief was entered by this Court on August 13, 2015 and

       WHEREAS, in Paragraph #7 of the Final Order a sinking fund is created to pay for attorney fees to the Debtor's counsel, professional fees for a Creditors Committee and U.S. Trustee fees. The amount which the Debtor must contribute to this fund is three (3%) percent of all advances made by J & D to the Debtor and

       WHEREAS, the Debtor and J & D are desirous of amending Paragraph #7 of the Final Order,

       **IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN VASSELL**

**SERVICES, INC. AND J & D AS FOLLOWS:**

1. Paragraph #7 of the Final Order is hereby amended to require the Debtor to contribute to the sinking fund of 1.5 (1.5%) percent of all future advances made by J & D to the Debtor.

2. The fees of the Office of the U.S. Trustee pursuant to 28 U.S.C. § 1930 shall have priority of payment over the professional fees for Debtor's counsel and the expenses of any Creditors Committee.

Dated: Poughkeepsie, New York
September 15, 2015

*/s/ Jared A. Ullman*  
JARED A. ULLMAN, ESQ.  
Attorney for J & D Financial Corp.  
Ullman & Ullman, P.A.  
150 East Palmetto Park Road  
Boca Raton, FL 33432  
(561) 338-3535 Phone7  
Jared.Ullman@uulaw.net

*/s/ Lewis D. Wrobel*  
LEWIS D. WROBEL, ESQ.  
Attorney for William Vassell Services, Inc.  
201 South Avenue, Suite 506  
Poughkeepsie, NY 12601  
(845) 473-5411 Phone  
(845) 473-3430 Fax  
lewiswrobel@verizon.net

No Objection

*/s/ Eric Small*  
ERIC SMALL, ESQ.  
Office of the U.S. Trustee  
74 Chapel Street  
Albany, NY 12207-2121  
(845) 452-1699 Phone  
eric.j.small@usdoj.gov

SO ORDERED



**Dated: September 29, 2015**
**Poughkeepsie, New York**

*/s/ Cecelia G. Morris*  
_____  
**Hon. Cecelia G. Morris**  
**Chief U.S. Bankruptcy Judge**